Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
Ganz Law, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

Attorneys for Plaintiff Select Retrieval, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>Plaintiff<br><br>v.<br><br>ALTREC, INC.; ADIDAS AMERICA, INC.; ADIDAS AG; AMAZON.COM, INC.; BAG BORROW OR STEAL, INC.; COSTCO WHOLESALE CORPORATION; EVOLUCION INNOVATIONS, INC.; ISTORES, INC.; MOTORCYCLE SUPERSTORE, INC.; MUSICIAN'S FRIEND, INC.; NORDSTROM, INC.; OAKLEY, INC.; SIERRA TRADING POST INC.; SUR LA TABLE, INC.; GERLER AND SON, INC.; HUPPIN'S HI-FI PHOTO & VIDEO, INC.; DRUGSTORE.COM, INC.; HARRY AND DAVID HOLDINGS, INC.; AND T-MOBILE USA, INC.,<br><br>Defendants. | Civil Action No. 3:11-cv-01104-AA<br><br>**JURY TRIAL REQUESTED**<br><br>**[PROPOSED]**<br>**ORDER OF DISMISSAL WITH**<br>**PREJUDICE OF**<br>**T-MOBILE USA, INC.** |

On this day, Plaintiff Select Retrieval, LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff T-Mobile USA, Inc. ("T-Mobile") announced to the Court that they have settled Plaintiff's claims for relief against T-Mobile and T-Mobile's counterclaims for relief

against Plaintiff asserted in this case. Plaintiff and T-Mobile have therefore requested that the Court dismiss Plaintiff's claims for relief against T-Mobile and T-Mobile's counterclaims for relief against Plaintiff, with prejudice and with all attorney's fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERERD that Plaintiff's claims for relief against T-Mobile and T-Mobile's counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

_____
UNITED STATES DISTRICT COURT JUDGE