Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
Ganz Law, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

Attorneys for Plaintiff Select Retrieval, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>ALTREC, INC.; ADIDAS AMERICA, INC.; ADIDAS AG; AMAZON.COM, INC.; BAG BORROW OR STEAL, INC.; COSTCO WHOLESALE CORPORATION; EVOLUCION INNOVATIONS, INC.; ISTORES, INC.; MOTORCYCLE SUPERSTORE, INC.; MUSICIAN'S FRIEND, INC.; NORDSTROM, INC.; OAKLEY, INC.; SIERRA TRADING POST INC.; SUR LA TABLE, INC.; GERLER AND SON, INC.; HUPPIN'S HI-FI PHOTO & VIDEO, INC.; DRUGSTORE.COM, INC.; HARRY AND DAVID HOLDINGS, INC.; AND T-MOBILE USA, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-cv-01104-AA<br><br>**JURY TRIAL REQUESTED**<br><br>**JOINT MOTION TO DISMISS AMAZON.COM, INC.** |

WHEREAS, Plaintiff Select Retrieval, LLC ("Plaintiff") resolved its claims for relief against Defendant Amazon.com, Inc. ("Amazon.com").

NOW, THEREFORE, Plaintiff and Amazon.com through their attorneys, request this Court to dismiss Plaintiff's claims for relief against Amazon.com, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  December 12, 2011.

                            Respectfully submitted,

/s/Steven R. Daniels  
Steven R. Daniels  
(*Admitted Pro Hac Vice*)  
Farney Daniels, LLP  
800 S. Austin Ave., Suite 200  
Georgetown, TX 78626  
(512) 582-2829  
(512) 582-2929 – Fax  
Email: sdaniels@farneydaniels.com  

/s/Lloyd L. Pollard, II  
Lloyd L. Pollard, II, OSB 07490  
Ganz Law, PC  
163 SE 2nd Avenue  
Hillsboro, Oregon 97123  
(503) 844-9009  
mail@ganzlaw.com  

*Attorneys for Plaintiff*  
*Select Retrieval, LLC*

/s/Scott E. Davis  
Jeffrey S. Love, OSB No. 873987  
Email:  jeffrey.love@klarquist.com  
Scott E. Davis, OSB No. 022883  
Email: scott.davis@klarquist.com  
Klarquist Sparkman, LLP  
One World Trade Center  
121 S.W. Salmon Street, 16th Floor  
Portland, OR 97204-2988  
(503) 595-5300  
Facsimile (503) 595-5301  

*Attorneys for Amazon.com, Inc.*