Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
GANZ LAW, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

Steven R. Daniels
(Admitted *Pro Hac Vice*)
FARNEY DANIELS LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829
sdaniels@farneydaniels.com

Attorneys for Plaintiff Select Retrieval, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALTREC, INC.; ADIDAS AMERICA, INC.; ADIDAS AG; AMAZON.COM, INC.; BAG BORROW OR STEAL, INC.; COSTCO WHOLESALE CORPORATION; EVOLUCION INNOVATIONS, INC.; ISTORES, INC.; MOTORCYCLE SUPERSTORE, INC.; MUSICIAN'S FRIEND, INC.; GUITAR CENTER, INC.; MUSIC123, INC.; NORDSTROM, INC.; OAKLEY, INC.; SIERRA TRADING POST, INC.; SUR LA TABLE, INC.; GERLER AND SON, INC.; and HUPPIN'S HI-FI PHOTO & VIDEO, INC.,<br><br>　　　　Defendants. | Civil Action No. 3:11-cv-01104-AA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF NORDSTROM, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Nordstrom, Inc. ("Nordstrom") in the above-captioned action be hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees, provided however, that this stipulation and dismissal are without prejudice to Nordstrom's right, if U.S. Patent No. 6,128,617 is asserted in any future litigation against Nordstrom or any of its websites or systems, to reassert any meritorious counterclaims or defenses, whether or not such counterclaims or defenses were asserted in this action.

IT IS SO ORDERED.

Dated: April 19, 2012

_____
The Honorable Ann L. Aiken
Chief United States District Judge

SO AGREED.

Dated: April 10, 2012

Respectfully submitted,

/s/ Scott E. Davis
Scott E. Davis, OSB #022883
Email: scott.davis@klarquist.com
Jeffrey S. Love, OSB #873987
Email: jeffrey.love@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

**Attorneys for Defendant
NORDSTROM, INC.**

/s/ Steven R. Daniels
Steven R. Daniels (Admitted *Pro Hac Vice*)
Texas Bar No. 24025318
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
Email: sdaniels@farneydaniels.com

- and -

                                              Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
GANZ LAW, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
Email: mail@ganzlaw.com

**Attorneys for Plaintiff
SELECT RETRIEVAL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2012, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                */s/ Steven R. Daniels*
                                                Steven R. Daniels