Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
GANZ LAW, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

Steven R. Daniels
(Admitted *Pro Hac Vice*)
FARNEY DANIELS LLP
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829
sdaniels@farneydaniels.com

Attorneys for Plaintiff Select Retrieval, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ALTREC, INC.; ADIDAS AMERICA, INC.; ADIDAS AG; AMAZON.COM, INC.; BAG BORROW OR STEAL, INC.; COSTCO WHOLESALE CORPORATION; EVOLUCION INNOVATIONS, INC.; ISTORES, INC.; MOTORCYCLE SUPERSTORE, INC.; MUSICIAN'S FRIEND, INC.; GUITAR CENTER, INC.; MUSIC123, INC.; ADIDAS AMERICA, INC.; OAKLEY, INC.; SIERRA TRADING POST, INC.; SUR LA TABLE, INC.; GERLER AND SON, INC.; and HUPPIN'S HI-FI PHOTO & VIDEO, INC.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:11-cv-01104-AA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF BAG BORROW OR STEAL, INC. WITH PREJUDICE**<br><br>**JURY TRIAL REQUESTED** |

IT IS HEREBY STIPULATED AND AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Select Retrieval, LLC ("Select Retrieval"), on the one hand, and Defendant Bag Borrow Or Steal, Inc., by and through its undersigned counsel, on the other hand, hereby stipulate to the dismissal of this action as follows: (1) Select Retrieval shall dismiss with prejudice all claims that it has asserted in this action against Bag Borrow Or Steal, Inc.

Each of the parties to this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO ORDERED.

Dated: 10/5/2012

_____
The Honorable Ann L. Aiken
Chief United States District Judge

2