Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
GANZ LAW, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

Steven R. Daniels
(Admitted *Pro Hac Vice*)
FARNEY DANIELS, P.C.
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829
sdaniels@farneydaniels.com

Attorneys for Plaintiff Select Retrieval, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ALTREC, INC.; ADIDAS AMERICA, INC.; ADIDAS AG; AMAZON.COM, INC.; BAG BORROW OR STEAL, INC.; COSTCO WHOLESALE CORPORATION; EVOLUCION INNOVATIONS, INC.; ISTORES, INC.; MOTORCYCLE SUPERSTORE, INC.; MUSICIAN'S FRIEND, INC.; GUITAR CENTER, INC.; MUSIC123, INC.; ADIDAS AMERICA, INC.; OAKLEY, INC.; SIERRA TRADING POST, INC.; SUR LA TABLE, INC.; GERLER AND SON, INC.; and HUPPIN'S HI-FI PHOTO & VIDEO, INC.,<br><br>        Defendants. | Civil Action No. 3:11-cv-01104-AA<br><br>**STIPULATION AND<br>[PROPOSED] ORDER OF<br>DISMISSAL OF OAKLEY, INC.<br>WITHOUT PREJUDICE**<br><br>**JURY TRIAL REQUESTED** |

IT IS HEREBY STIPULATED AND AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Select Retrieval, LLC ("Select Retrieval"), on the one hand, and Defendant Oakley, Inc. by and through its undersigned counsel, on the other hand, hereby stipulate to the dismissal of this action. Select Retrieval shall dismiss without prejudice all claims that it has asserted in this action against Oakley, Inc., and Oakley, Inc. shall dismiss without prejudice all claims that it has asserted in this action against Select Retrieval.

Each of the parties to this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO ORDERED.

Dated: February 22, 2013

_____
The Honorable Ann L. Aiken
Chief United States District Judge

SO AGREED:

Dated: February 20, 2013

/s/ *Brenna Kristine Legaard*
Brenna Kristine Legaard OSB 001658
LANE POWELL PC
601 SW Second Avenue Suite 2100
Portland, OR 97204
(503) 778-2166
(503) 778-2200
Legaardb@lanepowell.com

Karen G. Johnson-McKewan, (Admitted *Pro Hac Vice*)
Christina von der Ahe Rayburn (Admitted *Pro Hac Vice*)
ORRICK, HERRINGTON & SUTTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5917
(415) 773-5759
Kjohnson-mckewan@orrick.com
cvonderahe@orrick.com

**Attorneys for Defendant
OAKLEY, INC.**

Respectfully submitted,

/s/ *Steven R. Daniels*
Steven R. Daniels (Admitted *Pro Hac Vice*)
Texas Bar No. 24025318
FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
(512) 582-2829 (Facsimile)
sdaniels@farneydaniels.com

And

Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
GANZ LAW, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

**Attorneys for Plaintiff
SELECT RETRIEVAL, LLC**

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Steven R. Daniels
Steven R. Daniels