Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
GANZ LAW, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

Steven R. Daniels
(Admitted *Pro Hac Vice*)
FARNEY DANIELS, P.C.
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829
sdaniels@farneydaniels.com

Attorneys for Plaintiff Select Retrieval, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALTREC, INC.; ADIDAS AMERICA, INC.; ADIDAS AG; AMAZON.COM, INC.; BAG BORROW OR STEAL, INC.; COSTCO WHOLESALE CORPORATION; EVOLUCION INNOVATIONS, INC.; ISTORES, INC.; MOTORCYCLE SUPERSTORE, INC.; MUSICIAN'S FRIEND, INC.; GUITAR CENTER, INC.; MUSIC123, INC.; ADIDAS AMERICA, INC.; OAKLEY, INC.; SIERRA TRADING POST, INC.; SUR LA TABLE, INC.; GERLER AND SON, INC.; and HUPPIN'S HI-FI PHOTO & VIDEO, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-cv-01104-AA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF HUPPIN'S HI-FI PHOTO & VIDEO, INC. WITHOUT PREJUDICE**<br><br>**JURY TRIAL REQUESTED** |

IT IS HEREBY STIPULATED AND AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Select Retrieval, LLC ("Select Retrieval"), on the one hand, and Defendant Huppin's Hi-Fi Photo & Video, Inc., by and through its undersigned counsel, on the other hand, hereby stipulate to the dismissal of this action. Select Retrieval shall dismiss without prejudice all claims that it has asserted in this action against Huppin's Hi-Fi Photo & Video, Inc. Huppin's Hi-Fi Photo & Video, Inc. shall dismiss without prejudice all claims that it has asserted in this action against Select Retrieval.

Each of the parties to this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO ORDERED.

Dated: February 22, 2013

_____
The Honorable Ann L. Aiken
Chief United States District Judge

2

SO AGREED:

Dated:   February 20, 2013                    Respectfully submitted,

/s/ *Brenna Kristine Legaard*                 /s/ *Steven R. Daniels*
Brenna Kristine Legaard OSB 001658            Steven R. Daniels (Admitted *Pro Hac Vice*)
LANE POWELL PC                                Texas Bar No. 24025318
601 SW Second Avenue Suite 2100               FARNEY DANIELS PC
Portland, OR 97204                            800 S. Austin Ave., Suite 200
(503) 778-2166                                Georgetown, TX  78626
(503) 778-2200                                (512) 582-2828
Legaardb@lanepowell.com                       (512) 582-2829 (Facsimile)
                                              sdaniels@farneydaniels.com
Karen G. Johnson-McKewan, (Admitted *Pro Hac Vice*)
Christina von der Ahe Rayburn (Admitted *Pro Hac Vice*)   And
ORRICK, HERRINGTON & SUTTCLIFFE LLP           Bradley M. Ganz, OSB 94076
The Orrick Building                           Lloyd L. Pollard II, OSB 07490
405 Howard Street                             GANZ LAW, P.C.
San Francisco, CA 94105-2669                  P.O. Box 2200
(415) 773-5917                                163 SE 2nd Avenue
(415) 773-5759                                Hillsboro, OR 97124
Kjohnson-mckewan@orrick.com                   (503) 844-9009
cvonderahe@orrick.com                         Facsimile (503) 296-2172
                                              mail@ganzlaw.com

**Attorneys for Defendant**                   **Attorneys for Plaintiff**
**HUPPIN'S HI-FI PHOTO & VIDEO, INC**         **SELECT RETRIEVAL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Steven R. Daniels*
Steven R. Daniels