Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
GANZ LAW, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

Steven R. Daniels
(Admitted *Pro Hac Vice*)
FARNEY DANIELS, P.C.
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829
sdaniels@farneydaniels.com

Attorneys for Plaintiff Select Retrieval, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ALTREC, INC.; ADIDAS AMERICA, INC.; ADIDAS AG; AMAZON.COM, INC.; BAG BORROW OR STEAL, INC.; COSTCO WHOLESALE CORPORATION; EVOLUCION INNOVATIONS, INC.; ISTORES, INC.; MOTORCYCLE SUPERSTORE, INC.; MUSICIAN'S FRIEND, INC.; GUITAR CENTER, INC.; MUSIC123, INC.; ADIDAS AMERICA, INC.; OAKLEY, INC.; SIERRA TRADING POST, INC.; SUR LA TABLE, INC.; GERLER AND SON, INC.; and HUPPIN'S HI-FI PHOTO & VIDEO, INC.,<br><br>                    Defendants. | Civil Action No. 3:11-cv-01104-AA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF COSTCO WHOLESALE CORPORATION WITHOUT PREJUDICE**<br><br>**JURY TRIAL REQUESTED** |

IT IS HEREBY STIPULATED AND AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Select Retrieval, LLC ("Select Retrieval"), on the one hand, and Defendant Costco Wholesale Corporation by and through its undersigned counsel, on the other hand, hereby stipulate to the dismissal of this action. Select Retrieval shall dismiss without prejudice all claims that it has asserted in this action against Costco Wholesale Corporation, and Costco Wholesale Corporation shall dismiss without prejudice all claims that it has asserted in this action against Select Retrieval.

Each of the parties to this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO ORDERED.

Dated: February 20, 2013.

_____
The Honorable Ann L. Aiken
Chief United States District Judge

SO AGREED:

Dated:   February 20, 2013                           Respectfully submitted,

/s/ *Brenna Kristine Legaard*                        /s/ *Steven R. Daniels*
Brenna Kristine Legaard OSB 001658                   Steven R. Daniels (Admitted *Pro Hac Vice*)
LANE POWELL PC                                       Texas Bar No. 24025318
601 SW Second Avenue, Suite 2100                     FARNEY DANIELS PC
Portland, OR 97204                                   800 S. Austin Ave., Suite 200
(503) 778-2166                                       Georgetown, TX  78626
(503) 778-2200                                       (512) 582-2828
Legaardb@lanepowell.com                              (512) 582-2829 (Facsimile)
                                                     sdaniels@farneydaniels.com
Karen  G.  Johnson-McKewan,  (Admitted *Pro
Hac Vice)*                                           And
Christina von der Ahe Rayburn (Admitted *Pro
Hac Vice)*                                           Bradley M. Ganz, OSB 94076
ORRICK,  HERRINGTON  &  SUTTCLIFFE                   Lloyd L. Pollard II, OSB 07490
LLP                                                  GANZ LAW, P.C.
The Orrick Building                                  P.O. Box 2200
405 Howard Street                                    163 SE 2nd Avenue
San Francisco, CA 94105-2669                         Hillsboro, OR 97124
(415) 773-5917                                       (503) 844-9009
(415) 773-5759                                       Facsimile (503) 296-2172
Kjohnson-mckewan@orrick.com                          mail@ganzlaw.com
cvonderahe@orrick.com
                                                     **Attorneys for Plaintiff**
**Attorneys for Defendant**                          **SELECT RETRIEVAL, LLC**
**COSTCO WHOLESALE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2013, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Steven R. Daniels
Steven R. Daniels