Bradley M. Ganz, OSB 94076
Lloyd L. Pollard II, OSB 07490
GANZ LAW, P.C.
P.O. Box 2200
163 SE 2nd Avenue
Hillsboro, OR 97124
(503) 844-9009
Facsimile (503) 296-2172
mail@ganzlaw.com

Steven R. Daniels
(Admitted *Pro Hac Vice*)
FARNEY DANIELS, P.C.
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2820
Facsimile (512) 582-2829
sdaniels@farneydaniels.com

Attorneys for Plaintiff Select Retrieval, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>ALTREC, INC.; ADIDAS AMERICA, INC.; ADIDAS AG; AMAZON.COM, INC.; BAG BORROW OR STEAL, INC.; COSTCO WHOLESALE CORPORATION; EVOLUCION INNOVATIONS, INC.; ISTORES, INC.; MOTORCYCLE SUPERSTORE, INC.; MUSICIAN'S FRIEND, INC.; GUITAR CENTER, INC.; MUSIC123, INC.; ADIDAS AMERICA, INC.; OAKLEY, INC.; SIERRA TRADING POST, INC.; SUR LA TABLE, INC.; GERLER AND SON, INC.; and HUPPIN'S HI-FI PHOTO & VIDEO, INC.,<br><br>                Defendants. | Civil Action No. 3:11-cv-01104-AA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF MOTORCYCLE SUPERSTORE INC. WITH PREJUDICE**<br><br>**JURY TRIAL REQUESTED** |

IT IS HEREBY STIPULATED AND AGREED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Select Retrieval, LLC ("Select Retrieval"), on the one hand, and Defendant Motorcycle Superstore, Inc. by and through their undersigned counsel, on the other hand, hereby stipulate to the dismissal of this action. Select Retrieval shall dismiss with prejudice all claims that it has asserted in this action against Motorcycle Superstore, Inc. and Motorcycle Superstore, Inc. shall dismiss with prejudice all claims that they have asserted in this action against Select Retrieval.

Each of the parties to this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO ORDERED.

Dated: April 23, 2013.

_____
The Honorable Ann L. Aiken
Chief United States District Judge

2

SO AGREED:

Dated:  April 11, 2013                                              Respectfully submitted,

/s/David S. Aman                                                    /s/ Steven R. Daniels
David S. Aman OSB 962106                             Steven R. Daniels (Admitted *Pro Hac Vice*)
Tonkon Torp LLP                                              Texas Bar No. 24025318
1600 Pioneer Tower                                          FARNEY DANIELS PC
888 SW Fifth Avenue Suite 1600                     800 S. Austin Ave., Suite 200
Portland, OR 97204                                          Georgetown, TX  78626
(503) 802-2053                                                  (512) 582-2828
(503) 972-3753                                                  (512) 582-2829 (Facsimile)
David.Aman@tonkon.com                              sdaniels@farneydaniels.com

**Attorneys for Defendants**                            And
**MOTORCYCLE SUPERSTORE INC.**
                                                                          Bradley M. Ganz, OSB 94076
                                                                          Lloyd L. Pollard II, OSB 07490
                                                                          GANZ LAW, P.C.
                                                                          P.O. Box 2200
                                                                          163 SE 2nd Avenue
                                                                          Hillsboro, OR 97124
                                                                          (503) 844-9009
                                                                          Facsimile (503) 296-2172
                                                                          mail@ganzlaw.com

                                                                          **Attorneys for Plaintiff**
                                                                          **SELECT RETRIEVAL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2013, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                                           */s/ Steven R. Daniels*
                                                                           Steven R. Daniels